UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NARETTA WADE ROBINSON AND
RICKEY ROBINSON

VERSUS

KMART CORPORATION doing
business as SEARS

CIVIL ACTION

NUMBER 11-12-RET-DLD

OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that plaintiffs' motion to remand (rec. doc. 2) shall be DENIED.

Baton Rouge, Louisiana, July 13, 2011.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA